UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Amanda E Haynes, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Young Life, )<br>)<br>)<br>Defendant. ) | No. 3:08-cv-258<br>(Phillips/Guyton) |

### ORDER

The parties have jointly moved to continue the trial of this case which is presently scheduled for August 10, 2010. The Court finds that a continuance of the trial date is necessary. For good cause shown, the joint motion for continuance, Doc. [23] is **GRANTED** and this case is **CONTINUED** as follows:

1.  The trial of this case is continued and shall commence on **August 16, 2011 at 9:00 a.m.**

2.  A final pretrial conference shall be held in this case on **August 9, 2011 at 1:30 p.m.**

3.  All other matters/deadlines covered by the scheduling order previously entered in this case shall remain unchanged and be calculated based on the new trial date.

IT IS SO ORDERED.

ENTER:

s/Thomas W. Phillips
**UNITED STATES DISTRICT JUDGE**